affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ., concurred.

BEATRICE SELNER, Respondent, v. LOUIS SELNER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

BEATRICE C. SHIVERICK, Appellant, v. SEYMOUR W. BONSALL, Defendant. PRECIOUS WOODS HANDLING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

JULIUS STRAUSS, Appellant, v. THE CITY OF NEW YORK, Respondent. — Judgment affirmed, with costs, on authority of Strauss v. City of New York (166 App. Div. 199; 172 id. 448). Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred.

GEORGE C. VAN TUYL, JR., as Superintendent of Banks of the State of New York, Respondent, v. AUGUST C. SCHARMANN and Others, Defendants, Impleaded with JOHN E. DE MUND, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

GEORGE C. VAN TUYL, JR., as Superintendent of Banks of the State of New York, Respondent, v. AUGUST C. SCHARMANN and Others, Defendants, Impleaded with ANNIE J. HAAR, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

GEORGE C. VAN TUYL, JR., as Superintendent of Banks of the State of New York, Respondent, v. AUGUST C. SCHARMANN and Others, Defendants, Impleaded with CHARLES L. FELTMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

MORRIS WEINBERG, Appellant, v. RODGERS & HAGERTY, INC., Respondent.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

HENRIETTA SCHINZEL, Respondent, v. R. F. STEVENS MILK COMPANY, Appellant.— Motion for stay granted on condition that the defendant file a surety company bond in the sum of $10,000 to secure the plaintiff any judgment which may be recovered, and on the further condition that the appeal be perfected and put at the foot of the present calendar. Jenks, P. J., Mills, Putnam and Blackmar, JJ., concurred; Thomas, J., dissented.

FREDERICK WILCOCK, Respondent, v. EAGLE SAVINGS AND LOAN COMPANY, Appellant.— Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

FRANK ASMUSSEN, Respondent, v. JOHN WANAMAKER, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

RICHARD P. BABEUF, ELLEN D. PAYNE and Another, and CHARLES E. MILLER and Another, Respondents, v. EAGLE SAVINGS AND LOAN COMPANY, Appellant.— Motion denied, without costs, the case to retain its position